# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 3: 07cr237 (SRU) |
| ERIC TORRES | |

## CONFERENCE MEMORANDUM

On February 7, 2008, I held a phone conference on the record with John Durham, representing the government, and Terrance Ward, representing Eric Torres. The purpose of the conference was to discuss the upcoming suppression hearing in this case.

Attorney Durham indicated that he intends to call four witnesses at the suppression hearing: (1) DEA group supervisor Russ Harrington, (2) Special Agent Eric Ebrus, (3) Special Agent Victor Mendoza, and (4) Officer Peter Maynard. Attorney Ward indicated that he does not presently know who he will be calling to testify at the hearing.

Counsel indicated that they will confer with each other and inform me in advance of the hearing what stipulations, if any, they reach regarding factual matters or admissibility of evidence.

The suppression hearing will take place on **February 27, 2008** at **9:30 a.m.**

Dated at Bridgeport, Connecticut, this 12th day of February 2008.

                                                    /s/ Stefan R. Underhill
                                                      Stefan R. Underhill
                                                      United States District Judge